[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1028
No. 97-1767

 GERTRUDE DAVIS GOROD,

 Plaintiff, Appellant,

 v.

 COMMONWEALTH OF MASSACHUSETTS, ET AL.,

 Defendants, Appellees.

 

 APPEALS FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Edward F. Harrington, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Stahl and Lynch, Circuit Judges. 

 

Gertrude Davis Gorod on briefs pro se. 
Scott Harshbarger, Attorney General, and Jason Barshak, Assistant 
Attorney General, on briefs for appellees.

 

 October 9, 1997
 

 Per Curiam. Appellant Gertrude Gorod seeks to overturn 

a district court order that dismissed her complaint for

damages under 42 U.S.C. 1983 for the failure to state a

claim upon which relief can be granted. While this court

generally disfavors such dismissals absent advance notice and

an opportunity to amend, see, e.g., Wyatt v. City of Boston, 

35 F.3d 13, 14-15 (1st Cir. 1994); Street v. Fair, 918 F.2d 

269, 272 (1st Cir. 1990)(per curiam), here it is clear that

appellant cannot prove any set of facts that would entitle

her to relief. Accordingly, the order of dismissal is

summarily affirmed. See Local Rule 27.1. Appellant also 

challenges an order denying her motion to default the

defendants. This order was issued after the judgment of

dismissal had entered and the case was docketed on appeal.

It is therefore a nullity. Appeal no. 97-1767 is

dismissed.1 1 

  

 1We further note that the defendants were never in 1
default. The case was dismissed before their answer became
due. 

 -2-